FILED
CHARLOTTE, N.C.

NOV 13 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| DEBORAH R. WATERS and spouse DOUGLAS WATERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIRCO, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:04-CV-272 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH R. WATERS and spouse DOUGLAS WATERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIRCO, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:04-CV-272 |

## CONSENT ORDER OF DISMISSAL

THIS MATTER coming before this Court on Motion by Plaintiffs, Judy Helms, Individually and as Personal Representative of the Estate of Paul M. Helms; John D. Massey; Nellie S. Meshaw, Individually and as Personal Representative of the Estate of Edward C. Meshaw; and Deborah R. Waters and Spouse Douglas Waters, and Defendant Atlas-Turner, Inc., to dismiss without prejudice all claims against Atlas-Turner, Inc. in this matter.

And it appearing to this Court that grounds exist to permit the above-named Plaintiffs to voluntarily dismiss this action against Atlas-Turner, Inc. without prejudice, and that the Motion should be granted for good cause shown.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, Judy Helms, Individually and as Personal Representative of the Estate of Paul M. Helms; John D. Massey; Nellie S. Meshaw, Individually and as Personal Representative of the Estate of Edward C. Meshaw; and Deborah R. Waters and Spouse Douglas Waters, against Defendant Atlas-Turner, Inc., be dismissed without prejudice.

Signed: October 23, 2006.

_____ J.
Judge, United States District Court
James T. Giles

**PREPARED AND SUBMITTED BY:**

Attorneys for Atlas-Turner, Inc.

_____
William S. Davies, Jr.
Robert O. Meriwether
NC Bar No. 17730
Nelson Mullins Riley & Scarborough, L.L.P.
1320 Main Street / 17th Floor
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000
robert.meriwether@nelsonmullins.com


**CONSENTED TO BY:**

Attorneys for Plaintiffs:

_____
Dave Rhodes
NC Bar No. 32897
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401
(336) 273-3812
drhodes@wardblacklaw.com