FILED
ASHEVILLE, N.C.
JAN - 9 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Civil Action No. MDL 875

**This Document Relates to**

W.D.N.C.
File No. 1:04 CV 272

DEBORAH R. WATERS and spouse,
DOUGLAS WATERS, et al

Plaintiffs,

vs.

AIRCO, INC, MACK TRUCKS, INC., et al,

Defendants.

## ORDER

This matter is before the Court upon motion by Plaintiff, Curtis Evans, and defendant Mack Trucks, Inc. to dismiss without prejudice, all claims against Mack Trucks, Inc. in this matter.

It appearing that the grounds exist to permit Plaintiff to voluntarily dismiss this action against Mack Trucks, Inc. without prejudice, and that the motion should be granted for good causes shown.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of Plaintiff, Curtis Evans, against defendant Mack Trucks, Inc. be dismissed without prejudice.

This the 18th day of December, 2006.

_____
United States District Court Judge
James T. Giles

US2000 9581720.1 51265-311384

**CyberClerk**

1:04-cv-00272 Waters, et al v. Airco Inc, et al **CASE CLOSED on 04/08/2005**

ASBESTOS, CLOSED, MDL

The email message (with attachment) was successfully submitted to all parties listed below:

Richard Keshian
Judge Lacy Thornburg
A. Brown
C. Evert
Carter Lambeth
Christopher Kelly
Christopher Kiger
Dana Davis
David Yarborough
David Duke
Edward Brooks
Frank Gordon
Holly Loiseau
I. Zarsadias
Ivan Gustafson
James Gandy
Janet Ward Black
Jeffrey Kadis
Jennifer Techman
Joel Bondurant
Joshua Bennett
Keith Coltrain
Kenneth Kyre
Kirk Warner
Mark Anderson
Mark Thomas
Matthew Lerner
Michael Griffin
Moffatt McDonald
Paul Osowski
Richard North
Richard Morton
Richard Keshian
Richard Bennett
Robert Meynardie
Robert Meriwether
Stanley Green
Stephen Williamson
Steven Kantrowitz
Susan Hargrove
Teresa Lazzaroni
Thomas Dougall
Timothy Peck
Timothy Bouch
Tracy Tomlin

- W. Conner
- William Davies

**You should receive your confirmation email soon. This transaction is now complete.**