IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____x | : CIVIL ACTION NO. MDL 875 : |
| This Document Relates To: _____x | |

FILED
ASHEVILLE, N.C.
JAN 1 6 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) ) ASBESTOS LITIGATION ) ) _____) | C/A NO. 1:04-CV-00272 |
| DEBORAH R. WATERS, et al ) ) Plaintiffs, ) ) -versus- ) ) AIRCO INC., et al ) ) Defendants. ) _____) | |

## ORDER

THIS MATTER is before the Court upon motion by Plaintiff, Curtis Evans, by and through counsel, and Defendant Paccar, Inc., to dismiss without prejudice, all claims against Paccar, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Paccar, Inc., without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of

Plaintiff, Curtis Evans, against Defendant Paccar, Inc., be dismissed without prejudice.

This, the 8th day of January, 2007

_____  J.
Honorable Judge James T. Giles