IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI) :
_____x

This Document Relates To:
_____x

FILED
ASHEVILLE, N.C.

JAN 1 6 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | C/A NO. 1:04-CV-00272 |
| | ) | |
| ASBESTOS LITIGATION | ) | |
| | ) | |

| | |
|---|---|
| DEBORAH R. WATERS, et al | ) |
| Plaintiffs, | ) |
| -versus- | ) |
| AIRCO INC., et al | ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court upon motion by Plaintiff, John D. Massey, by and through counsel, and Defendant Manchester Tank & Equipment, to dismiss without prejudice, all claims against Manchester Tank & Equipment in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Manchester Tank & Equipment, without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of

Plaintiff, John D. Massey, against Defendant Manchester Tank & Equipment, be dismissed without prejudice.

This, the 8th day of January, 2007

_____
Honorable Judge James T. Giles, J.