IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI) :
―――――――――――――――――x

This Document Relates To:

―――――――――――――――――x

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.
JAN 1 6 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| IN RE: | ) | C/A NO. 1:04-CV-00272 |
| | ) | |
| ASBESTOS LITIGATION | ) | |
| ―――――――――――――― | ) | |
| | | |
| DEBORAH R. WATERS, et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -versus- | ) | |
| | ) | |
| AIRCO INC., et al | ) | |
| | ) | |
| Defendants. | ) | |
| ―――――――――――――― | ) | |

## **ORDER**

THIS MATTER is before the Court upon motion by Plaintiffs, John D. Massey and Nellie S. Meshaw, Individually and as Personal Representative of the Estate of Edward Meshaw, and Defendant Garlock Sealing Technologies, LLC, to dismiss without prejudice, all claims against Garlock Sealing Technologies, LLC in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Garlock Sealing Technologies, LLC without prejudice, and that the motion

should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, John D. Massey and Nellie S. Meshaw, Individually and as Personal Representative of the Estate of David D. Barley, against Defendant Garlock Sealing Technologies, LLC, be dismissed without prejudice.

This, the 8th day of January, 2007

_____
Honorable Judge James T. Giles J.