IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI) :

_____ x

This Document Relates To:

_____ x

**FILED**
ASHEVILLE, N.C.

JAN **16** 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE: ) C/A NO. 1:04-CV-00272
)
ASBESTOS LITIGATION )
_____ )

DEBORAH R. WATERS, et al )
)
    Plaintiffs, )
)
  -versus- )
)
AIRCO INC., et al )
)
    Defendants. )
_____ )

## ORDER

  THIS MATTER is before the Court upon motion by Plaintiff, John D. Massey, and Defendant The Anchor Packing Company, to dismiss without prejudice, all claims against The Anchor Packing Company in this matter.

  It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against The Anchor Packing Company without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, John D. Massey against Defendant The Anchor Packing Company, be dismissed without prejudice.

This, the ___8 th___ day of ___January___, 2006 7

_____

Honorable Judge James T. Giles